Argued January 15, reversed and remanded January 20, 1975

DEVI ET UX, *Petitioners, v.* OREGON LIQUOR
CONTROL COMMISSION, *Respondent.*

530 P2d 519

*George T. Gant,* Coos Bay, argued the cause for
petitioners. With him on the brief were McNutt, Gant,
Ormsbee & Gardner, Coos Bay.

*Al J. Laue,* Assistant Attorney General, Salem,
argued the cause for respondent. With him on the
brief were Lee Johnson, Attorney General, and W.
Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FORT, Judges.

PER CURIAM.

REVERSED AND REMANDED. *See, Home Plate, Inc. v.
OLCC,* 20 Or App 188, 530 P2d 862 (1975).